



A PROFESSIONAL CORPORATION

16TH FLOOR   45 BROADWAY   NEW YORK, NY 10006-3792   212.509.9400   800.437.7040   212.509.9492 FAX   www.cozen.com

**James F. Campise**
Direct Phone   212.908.1203
Direct Fax      866.790.1915
jcampise@cozen.com

August 14, 2008

United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York  10007

Attention:  Honorable John G. Koeltl

Re:   St. Paul Travelers Insurance Company v. M/V Madame Butterfly,
       Wallenius Lines, et al.
       Docket No.: 08Civ00410(JGK) and 08Civ7234

Dear Judge Koeltl:

On or about June 30, 2008, my client, Fireman's Fund Insurance Company a/s/o OST Trucks & Cranes, Inc., moved to intervene in the subject proceeding. A motion schedule set by the court has past with no opposition to this application.

Accordingly, the complaint (courtesy copy attached) was filed today and we request that the court enter an order for the clerk to consolidate both cases.

By copy to defense counsel, we have included waivers of service and request that they acknowledge service to expedite the progress of this case.

We thank the court for its time.

Respectfully submitted,

COZEN O'CONNOR

By:   James F. Campise

JFC:kjl
enclosure

---

Handwritten annotation: The motion to Intervene (Docket No. 24) is granted as unopposed. Fireman's Fund may file the complaint. So ordered.
/s/ JGK
U.S.D.J.
8/18/08

August 14, 2008
Page 2

---

cc: Clerk of Court

    William R. Bennett, Esq.
    Bennett, Giuliano, McDonnell
    & Perrone, LLP

    Peter A. Junge
    Junge & Mele, LLP

    Thaddeus J. Rozanski
    Kral, Clerkin, Redmond, Ryan,
    Perry & Girvan

    James W. Carbin
    Duane Morris, LLP

NEWYORK_DOWNTOWN\397172\1 198603.000